# Exhibit 2

# CANDIDATE / OFFICEHOLDER CAMPAIGN FINANCE REPORT

**FORM C/OH COVER SHEET PG 1**

The C/OH Instruction Guide explains how to complete this form.

**1** Filer ID (Ethics Commission Filers)

**2** Total pages filed: 6

**OFFICE USE ONLY**

Date Received

FILED FOR RECORD
2026 JUL 15 P 4: 
SHELLEY COSTON
CO. CLK. BELL CO. TX

Date Hand-delivered or Date Postmarked

Receipt # | Amount $

Date Processed

Date Imaged

**3 CANDIDATE / OFFICEHOLDER NAME**

MS / MRS / MR | FIRST: Adriane | MI

NICKNAME | LAST: Hodges | SUFFIX

**4 CANDIDATE / OFFICEHOLDER MAILING ADDRESS**

ADDRESS / PO BOX; APT / SUITE #; CITY; STATE; ZIP CODE

[redacted]

☐ Change of Address

**5 CANDIDATE/ OFFICEHOLDER PHONE**

AREA CODE | PHONE NUMBER | EXTENSION

[redacted]

**6 CAMPAIGN TREASURER NAME**

MS / MRS / MR | FIRST: Adriane | MI

NICKNAME | LAST: Hodges | SUFFIX

**7 CAMPAIGN TREASURER ADDRESS (Residence or Business)**

STREET ADDRESS (NO PO BOX PLEASE); APT / SUITE #; CITY; STATE; ZIP CODE

[redacted]

**8 CAMPAIGN TREASURER PHONE**

AREA CODE | PHONE NUMBER | EXTENSION

[redacted]

**9 REPORT TYPE**

☐ January 15
☐ 30th day before election
☐ Runoff
☐ 15th day after campaign treasurer appointment (Officeholder Only)
☒ July 15
☐ 8th day before election
☐ Exceeded Modified Reporting Limit
☐ Final Report (Attach C/OH - FR)

**10 PERIOD COVERED**

Month / Day / Year: 02 / 22 / 26 THROUGH Month / Day / Year: 06 / 30 / 26

**11 ELECTION**

ELECTION DATE: Month / Day / Year: 11 / 03 / 26

ELECTION TYPE:
☐ Primary
☐ Runoff
☐ Other
☒ General
☐ Special
Description: General

**12 OFFICE**

OFFICE HELD (if any)

**13** OFFICE SOUGHT (if known): County

**14 NOTICE FROM POLITICAL COMMITTEE(S)**

THIS BOX IS FOR NOTICE OF POLITICAL CONTRIBUTIONS ACCEPTED OR POLITICAL EXPENDITURES MADE BY POLITICAL COMMITTEES TO SUPPORT THE CANDIDATE / OFFICEHOLDER. *THESE EXPENDITURES MAY HAVE BEEN MADE WITHOUT THE CANDIDATE'S OR OFFICEHOLDER'S KNOWLEDGE OR CONSENT.* CANDIDATES AND OFFICEHOLDERS ARE REQUIRED TO REPORT THIS INFORMATION ONLY IF THEY RECEIVE NOTICE OF SUCH EXPENDITURES.

COMMITTEE TYPE: ☐ GENERAL ☐ SPECIFIC

COMMITTEE NAME

COMMITTEE ADDRESS

COMMITTEE CAMPAIGN TREASURER NAME

COMMITTEE CAMPAIGN TREASURER ADDRESS

☐ Additional Pages

**GO TO PAGE 2**

# CANDIDATE / OFFICEHOLDER CAMPAIGN FINANCE REPORT

**FORM C/OH COVER SHEET PG 2**

| 15 C/OH NAME | 16 Filer ID (Ethics Commission Filers) |
|---|---|
| Adriane Hodges | |

| | | | |
|---|---|---|---|
| 17 CONTRIBUTION TOTALS | 1. | TOTAL UNITEMIZED POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS, OR CONTRIBUTIONS MADE ELECTRONICALLY) | $ $0.00 |
| | 2. | **TOTAL POLITICAL CONTRIBUTIONS** (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ $450.81 |
| EXPENDITURE TOTALS | 3. | TOTAL UNITEMIZED POLITICAL EXPENDITURE. | $ $0.00 |
| | 4. | **TOTAL POLITICAL EXPENDITURES** | $ $2,245.83 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF REPORTING PERIOD | $ $4.45 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ $5,300.00 |

**18 SIGNATURE** I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

Adriane Hodges

Signature of Candidate or Officeholder

**Please complete either option below:**

**(1) Affidavit**

NOTARY STAMP / SEAL

Sworn to and subscribed before me by ______________________ this the ______ day of ______________,

20 ________, to certify which, witness my hand and seal of office.

Signature of officer administering oath | Printed name of officer administering oath | Title of officer administering oath

OR

**(2) Unsworn Declaration**

My name is Adriane Hodges, and my date of birth is ______________.

My address is [redacted].

(street) (city) (state) (zip code) (country)

Executed in Bell County, State of Texas, on the 15 day of July (month), 20 26 (year).

Signature of Candidate/Officeholder (Declarant)

# SUBTOTALS - C/OH

FORM C/OH
COVER SHEET PG 3

| 19 FILER NAME | 20 Filer ID (Ethics Commission Filers) |
|---|---|
| Adriane Hodges | |

| 21 SCHEDULE SUBTOTALS NAME OF SCHEDULE | | | SUBTOTAL AMOUNT |
|---|---|---|---|
| 1. | ☐ | SCHEDULE A1: MONETARY POLITICAL CONTRIBUTIONS | $ $450.81 |
| 2. | ☐ | SCHEDULE A2: NON-MONETARY (IN-KIND) POLITICAL CONTRIBUTIONS | $ $0.00 |
| 3. | ☐ | SCHEDULE B: PLEDGED CONTRIBUTIONS | $ $0.00 |
| 4. | ☐ | SCHEDULE E: LOANS | $ $850.00 |
| 5. | ☐ | SCHEDULE F1: POLITICAL EXPENDITURES MADE FROM POLITICAL CONTRIBUTIONS | $ $2,245.83 |
| 6. | ☐ | SCHEDULE F2: UNPAID INCURRED OBLIGATIONS | $ $0.00 |
| 7. | ☐ | SCHEDULE F3: PURCHASE OF INVESTMENTS MADE FROM POLITICAL CONTRIBUTIONS | $ $0.00 |
| 8. | ☐ | SCHEDULE F4: EXPENDITURES MADE BY CREDIT CARD | $ $0.00 |
| 9. | ☐ | SCHEDULE G: POLITICAL EXPENDITURES MADE FROM PERSONAL FUNDS | $ $0.00 |
| 10. | ☐ | SCHEDULE H: PAYMENT MADE FROM POLITICAL CONTRIBUTIONS TO A BUSINESS OF C/OH | $ $0.00 |
| 11. | ☐ | SCHEDULE I: NON-POLITICAL EXPENDITURES MADE FROM POLITICAL CONTRIBUTIONS | $ $0.00 |
| 12. | ☐ | SCHEDULE K: INTEREST, CREDITS, GAINS, REFUNDS, AND CONTRIBUTIONS RETURNED TO FILER | $ $0.00 |

# MONETARY POLITICAL CONTRIBUTIONS

**SCHEDULE A1**

If the requested information is not applicable, **DO NOT include this page in the report.**

**The Instruction Guide explains how to complete this form.**

1 Total pages Schedule A1: 1

2 FILER NAME
Adriane Hodges

3 Filer ID (Ethics Commission Filers)

4 Date
2026-05-27

5 Full name of contributor ☐ out-of-state PAC (ID#:__________)
James Ayers

6 Contributor address; City; State; Zip Code
[redacted] North East, MD, 21901

7 Amount of contribution ($)
$250.00

8 Principal occupation / Job title (See Instructions)
Retired

9 Employer (See Instructions)
Retired

Date
2026-02-23

Full name of contributor ☐ out-of-state PAC (ID#:__________)
Lisa Copeland

Contributor address; City; State; Zip Code
[redacted] Belton, TX, 76513

Amount of contribution ($)
$200.81

Principal occupation / Job title (See Instructions)
Realtor

Employer (See Instructions)
Self

Date

Full name of contributor ☐ out-of-state PAC (ID#:__________)

Contributor address; City; State; Zip Code

Amount of contribution ($)

Principal occupation / Job title (See Instructions)

Employer (See Instructions)

Date

Full name of contributor ☐ out-of-state PAC (ID#:__________)

Contributor address; City; State; Zip Code

Amount of contribution ($)

Principal occupation / Job title (See Instructions)

Employer (See Instructions)

**ATTACH ADDITIONAL COPIES OF THIS SCHEDULE AS NEEDED**
**If contributor is out-of-state PAC, please see Instruction guide for additional reporting requirements.**

# LOANS

**SCHEDULE E**

If the requested information is not applicable, **DO NOT include this page in the report.**

**The Instruction Guide explains how to complete this form.**

1 Total pages Schedule E: 1

2 FILER NAME
Adriane Hodges

3 Filer ID (Ethics Commission Filers)

4 TOTAL OF UNITEMIZED LOANS $

5 Date of loan
2026-05-11

7 Name of lender ☐ out-of-state PAC (ID#:________________ )
Adriane Hodges

9 Loan Amount ($)
$850.00

6 Is lender a financial Institution? ☐ Y ☐ N

8 Lender address; City; State; Zip Code
[redacted]

10 Interest rate

11 Maturity date

12 Principal occupation / Job title (See Instructions)

13 Employer (See Instructions)

14 Description of Collateral
☐ none

15 ☐ Check if personal funds were deposited into political account (See Instructions)

16 GUARANTOR INFORMATION
☐ not applicable

17 Name of guarantor

18 Guarantor address; City; State; Zip Code

19 Amount Guaranteed ($)

20 Principal Occupation (See Instructions)

21 Employer (See Instructions)

---

Date of loan

Name of lender ☐ out-of-state PAC (ID#:________________ )

Loan Amount ($)

Is lender a financial Institution? ☐ Y ☐ N

Lender address; City; State; Zip Code

Interest rate

Maturity date

Principal occupation / Job title (See Instructions)

Employer (See Instructions)

Description of Collateral
☐ none

☐ Check if personal funds were deposited into political account (See Instructions)

GUARANTOR INFORMATION
☐ not applicable

Name of guarantor

Guarantor address; City; State; Zip Code

Amount Guaranteed ($)

Principal Occupation (See Instructions)

Employer (See Instructions)

**ATTACH ADDITIONAL COPIES OF THIS SCHEDULE AS NEEDED**
**If lender is out-of-state PAC, please see Instruction guide for additional reporting requirements.**

# POLITICAL EXPENDITURES MADE FROM POLITICAL CONTRIBUTIONS

**SCHEDULE F1**

If the requested information is not applicable, **DO NOT include this page in the report.**

**EXPENDITURE CATEGORIES FOR BOX 8(a)**

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/Donations Made By Candidate/Officeholder/Political Committee | Gift/Awards/Memorials Expense | Printing Expense | Travel Out Of District |
| Credit Card Payment | Legal Services | Salaries/Wages/Contract Labor | Other (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| | | |
|---|---|---|
| 1 Total pages Schedule F1: 1 | 2 FILER NAME: Adriane Hodges | 3 Filer ID (Ethics Commission Filers): |
| 4 Date: 2026-03-03 | 5 Payee name: Meta Platforms, Inc | |
| 6 Amount ($): $26.83 | 7 Payee address; City; State; Zip Code: 1 Meta Way, Menlo Park, CA, 94025 | |
| 8 PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule): Advertising Expense | (b) Description: Facebook Ads |
| | (c) ☐ Check if travel outside of Texas. Complete Schedule T. | ☐ Check if Austin, TX, officeholder living expense |
| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name: | Office sought: Office held: |

| | | |
|---|---|---|
| Date: 2026-03-02 | Payee name: Meta Platforms, Inc | |
| Amount ($): $219.00 | Payee address; City; State; Zip Code: 1 Meta Way, Menlo Park, CA, 94025 | |
| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule): Advertising Expense | Description: Facebook Ads |
| | ☐ Check if travel outside of Texas. Complete Schedule T. | ☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name: | Office sought: Office held: |

| | | |
|---|---|---|
| Date: 2026-03-01 | Payee name: Cerberus Campaigns | |
| Amount ($): $2,000.00 | Payee address; City; State; Zip Code: 127 Lake Rd, Suite 208, Belton, TX, 76513 | |
| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule): Consulting Expense | Description: Consulting Fee |
| | ☐ Check if travel outside of Texas. Complete Schedule T. | ☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name: | Office sought: Office held: |

**ATTACH ADDITIONAL COPIES OF THIS SCHEDULE AS NEEDED**