# Exhibit 3